No. 688. EVANS *v.* BUENTE ET AL. Supreme Court of Missouri. Certiorari denied. *Anne M. Evans, pro se.*

No. 682. COVINGTON MILLS ET AL. *v.* MITCHELL, SECRETARY OF LABOR, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this application. *Llewellyn C. Thomas, W. Glen Harlan* and *Whiteford S. Blakeney* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Burger, Paul A. Sweeney, Edward H. Hickey, Stuart Rothman* and *Bessie Margolin* for the Secretary of Labor, *Arthur J. Goldberg, David E. Feller* and *Benjamin Wyle* for the Textile Workers Union of America, and *John W. Cragun* and *Warren F. Farr* for the National Association of Cotton Manufacturers et al., respondents.

No. 397, Misc. McNUTT *v.* DELMORE, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 489, Misc. EX PARTE WINGFIELD. Court of Criminal Appeals of Texas. Certiorari denied.